[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-11511
_____

D.C. Docket No. 1:14-cv-00102-JRH-BKE

RENAISSANCE RECOVERY SOLUTIONS, LLC,
UNITED STATES FIRE INSURANCE COMPANY,
INTERSTATE FIRE AND CASUALTY COMPANY,

Plaintiffs - Appellants,

versus

MONROE GUARANTY INSURANCE COMPANY,
FCCI ISURANCE COMPANY,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(May 8, 2019)

Before WILSON, JILL PRYOR, and TALLMAN,[*] Circuit Judges.

PER CURIAM:

Renaissance Recovery Solutions, LLC, United States Fire Insurance Company, and Interstate Fire and Casualty Company (collectively, Appellants) brought an action seeking contribution from Monroe Guaranty Insurance Company and FCCI Insurance Company after paying a $2.5 million damages judgment entered jointly and severally against their insureds. Applying Georgia law, the district court found that this was a contribution action and apportioned accordingly. Appellants appealed, arguing that they were entitled to recover a greater amount along with penalty interest under Michigan law. After careful review and with the benefit of oral argument, we affirm the district court's well-reasoned opinions.

---

[*] The Honorable Richard C. Tallman, United States Circuit Judge for the United States Court of Appeals for the Ninth Circuit, sitting by designation.